## HIRSCHFELD v. SUPERIOR COURT OF TULARE CO.

### October 14, 1885.

#### 8 Pac. 273.

**Certiorari—Settlement of Administrator's Account.**—Where an administrator's first annual account is settled, an order that such account should be again gone into, in connection with the second annual account of the administrator, cannot be reviewed on certiorari, as it involves no question of jurisdiction of the lower court.

Certiorari to review an order that on the settlement of an administrator's second annual account the first annual account, which had already been settled, should be gone into again in connection with the second.

Wal. J. Tuska for the petitioner.

By the COURT.—Petition for writ of review. The case as presented by the petition does not involve any question of jurisdiction in the court below; therefore the petition is denied.